# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 09-341 (10) (RHK/JSM) |
| Plaintiffs, | **ORDER** |
| v. | |
| Idowu Ayinla Sadiq, | |
| Defendant. | |

Before the Court is Defendant's Idowu Ayinla Sadiq's Motion for Revocation of Detention Order (Doc. No. 396); the Motion is opposed by the United States.

In conducting its de novo review of Magistrate Judge Boylan's decision to detain Defendant, the undersigned has reviewed the transcript of the preliminary detention hearing before Magistrate Judge Boylan, his Order on Motion for Reconsideration on Detention (Doc. No. 143), including the affidavits submitted by Defendant in connection with that Motion. In addition, the Government's Response to the instant Motion is also before the Court.

Having now reviewed all of the foregoing, the Court concludes that Judge Boylan's decision to detain Defendant Sadiq is fully supported by the record before him. Accordingly, **IT IS ORDERED** that Defendant Sadiq's Motion for Revocation of Detention Order (Doc. No. 396) is **DENIED**.

Dated: March 15, 2010

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge