# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-341 (10) (RHK/JSM) |
| Plaintiff, | |
| v. | **ORDER FOR INTERLOCUTORY SALE OF PROPERTY** |
| IDOWU AYINLA SADIQ, | |
| Defendant. | |

Based upon the Motion of the Plaintiff United States of America, and based on all the files and records in this action,

**IT IS HEREBY ORDERED**:

1. The Motion for Interlocutory Sale of Property (Doc. No. 465) is **GRANTED**;

2. the 2005 Honda Accord, VIN 1HGCM56185A143862 will be sold pursuant to the terms set forth in the Motion for Interlocutory Sale of Property; and

3. all storage and sale expenses shall be deducted from the gross sale price of the 2005 Honda Accord, VIN 1HGCM56185A143862 and the net sale proceeds shall be deposited into an interested bearing account pending the Defendant's sentencing and exhaustion of all subsequent appeals.

Dated: January 10, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
